Date: 06/14/10        **DIVIDENDS REMITTED TO THE COURT**        #150449    Page:

*pmc*

Case Number 09-14750 - PARKER, ANDREW K.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of MCI Communications Servic<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 000017 | 102.15 | 3.20 ck115 |
| ---------- Remittance Total --------------- | | 102.15 | 3.20 |

*[signature]*
RICHARD A. BAUMGART, Trustee